UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles L. Thomas,                                    Case No. 3:25-cv-441

          Plaintiff,

    v.                                                ORDER AND
                                                      JUDGEMENT ENTRY

Commissioner of Social Security,

          Defendant.


On September 30, 2025, United States Magistrate Judge Reuben J. Sheperd issued a Report

and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's

decision denying Plaintiff's applications for disability insurance benefits ("DIB") and supplemental

security income ("SSI").  (Doc. No. 10).  In the R & R, he notified the parties:

> Within 14 days after being served with a copy of this report and recommendation, a
> party may serve and file specific written objections to the proposed findings and
> recommendations of the magistrate judge. Rule 72(b)(2), Federal Rules of Civil
> Procedure; *see also* 28 U.S.C.§ 636(b)(1); Local Rule 72.3(b). . . . Failure to file
> objections within the specified time may result in the forfeiture or waiver of the right
> to raise the issue on appeal either to the district judge or in a subsequent appeal to
> the United States Court of Appeals, depending on how or whether the party
> responds to the report and recommendation. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th
> Cir. 2019).

(*Id.* at 29-30).

Although the objection deadline was briefly stayed due to the government shutdown, any

objections should have been filed no later than November 28, 2025.  Because the objection deadline

has passed and no objections have been filed, I consider the parties to have waived subsequent

review of the R & R.  *See* Local R. 72.3(b).  Accordingly, I adopt Judge Sheperd's R & R in its

entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge